CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
June 24, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

Jones
District Judge
(Assigned by Clerk's Office)

Sargent
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. 7:25CV00420
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)</u>**

Charles Carroll — #1072844

Plaintiff Name — Inmate No.

v.

HEAD NURSE TOWNSEND

Defendant Name & Address

Defendant Name & Address

Defendant Name & Address

Defendant Name & Address

Defendant Name & Address

Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT. TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

**************************************************************************************************

A. Where are you now? Name *and* Address of Facility:

Wallens Ridge State Prison, P.O. Box 279, Big Stone Gap, VA 24219

CONTINUED From claim #1

medical ATTENTION, ~~[illegible]~~,
shed REFUSED ~~[illegible]~~ TO SEE me, ive been asking
OVER a month ~~Explaing~~ Explaining that ive have
chornic back pain.

B. Where did this action take place?

WALLENS RIDGE STATE PRISON

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes X No

If your answer to A is Yes, answer the following:

1. Court: ____

2. Case Number: ____

D. Have you filed any grievances regarding the facts of this complaint?

X Yes ____ No

1. If your answer is Yes, indicate the result:

YOU WERE SEEN BY THE NURSE, AND NOT REFERRED TO SEE THE DOCTOR, STATEMENT BY VILBRANDT (CORR)

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

ON 3-23-25 I WERE PLACED ON SICK CALL, BUT NEVER WERE SEEN BY A DOCTOR, NURSE TOWNSEND had DELIBERATELY / INTENTIONALLY had REFUSED ME

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

PUNITIVE DAMAGE
PHYSICAL DAMAGE
PAIN AND SUFFERING

G. If this case goes to trial, do you request a trial by jury? Yes X No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 5/29/25 SIGNATURE: Charles Carroll

VERIFICATION:

I, Charles Carroll, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 5/29/25 SIGNATURE: Charles Carroll

CHARLES CARROLL # 1072844 (C-104)
WALLENS RIDGE STATE PRISON
P.O. BOX 759
BIG STONE GAP, VA. 24219

F

US

CLERK, UNITED
210 FRANKLIN
ROANOKE, VA. 2

VIRGINIA DEPARTMENT OF CORRECTIO
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

POST OFFICE

RECEIVED

JUN 24 2025

DC Clerk's Office
Mail Room

States District Court
Road, SW, Suite 540
4011-2208

Received
Mailroom

JUN 18 2025

Wallens Ridge
State Prison